William A. Econe, Sr., Administrator of Estate of William A. Econe, Jr., Deceased, Patricia Christopher, and William Kasich, Plaintiffs. William A. Econe, Sr., Administrator of Estate of William A. Econe, Jr., Deceased, Appellee, v. Adam Tenikat, Defendant-Appellant.

Gen. No. 9,893. 

 Rinaker, Smith & Hebron, for appellant; Hemphill & Kelsey, and J. E. Wenzel, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed June 1, 1953; released for publication June 17, 1953.